JACOB HESS ET UX., DEFENDANTS, v. JULIUS BAROFF, PROSECUTOR.

Submitted February term, 1923—Decided June 7, 1923.

**Landlord and Tenant—Record Presents Nothing for Review.**

On *certiorari.*

Before Justices KALISCH, BLACK and KATZENBACH.

For the prosecutor, *Alexander Seclow.*

For the defendants, *Jacob Feinberg* and *Benny & Cruden.*

PER CURIAM.

The *certiorari* in this case was allowed to review a proceeding in a landlord and tenant case in the Bayonne District Court.

The printed book furnished to the court purports to show a record of the transcript of the docket of the Bayonne District Court. There is no mention made that a trial was had in that court or that any testimony was taken, or that any judgment was rendered or entered in that court. There is nothing for this court to review. The *certiorari* allowed in this case will be dismissed, with costs.